Cavalry Portfolio Services, LLC



PO Box 4252
Greenwich, CT 06831-2200
Phone: (914) 347-3440 x. 13547

January 18, 2022

Clerk, US Bankruptcy Court
Eastern District of Pennsylvania
**WITHDRAWAL OF PROOF OF CLAIM**

Re: Joneen M. Wlker
Case Number **21-12018**

To the Clerk of the Court,

Please be advised that this letter is the written request from, Cavalry SPV I, LLC, to withdraw claim #1 claim amount $17,224.66, date filed July 22,2021.

If you have any questions, please contact, Cavalry SPV I, LLC, at 1-800-501-0909.

Respectfully,

/s/ Carolyn Harris
Bankruptcy Specialist
Cavalry Portfolio Services, LLC

**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**CAMERON DEANE**
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020