## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EUGENE URITSKY | : | |
| | : | |
| Debtor. | : | Bankruptcy No.  20-13659 (AMC) |
| | : | |

## ORDER CONVERTING CASES TO CHAPTER 7

AND NOW, to wit this 16th day of February , 2022, upon the United States Trustee's Motion, all responses, if any, the arguments of counsel and the pleadings and record herein, it is now, therefore:

ORDERED, as follows:

1.       These jointly administered cases are hereby converted to a proceeding under Chapter 7 of the Bankruptcy Code.

2.       Within thirty (30) days of the date of this Order, or on or before the meeting of creditors scheduled in the converted Chapter 7 cases, Debtor shall file a schedule of current income, current expenditures, all monthly operating reports and the statement of intention, if applicable, as required by 11 U.S.C. § 521(1), (2).

3.       The Debtor shall file all applicable statements, schedules and reports pursuant to Rule 1019, Federal Rules of Bankruptcy Procedure.

4.       All professionals employed by the Debtor are hereby directed to file an application for compensation within thirty (30) days of the entry of this Order for outstanding fees and expenses incurred during the Chapter 11 administration or, alternatively, turn over

prepetition retainers for which Court allowance has not been obtained, if applicable, to the

appointed Chapter 7 Trustee.

BY THE COURT:

_____

Honorable Ashely M. Chan
United States Bankruptcy Judge